UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ SINGH,<br>Plaintiff,<br>v.<br>SAM'S TOWING,<br>Defendant. | No. 2:26-cv-02650 DAD CKD (PS)<br><br>ORDER |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. (ECF No. 2.) See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff has crossed out most of the form and failed to answered its questions, asserting (for reasons that are unclear) that he "should not be forced to pay anything." (Id. at 2.) Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated: August 19, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/sing2650.ifp.inc